UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-61021-Civ-COOKE/HUNT

LOUIS VUITTON MALLETIER,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A", *et al.,*

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon Plaintiff's Status Report, filed on August 28, 2020. Having reviewed the Status Report and the record in this matter it is **ORDERED and ADJUDGED** as follows:

1. This case is **DISMISSED** *with prejudice*. The Court shall retain jurisdiction over this matter to enforce the terms of the Judgments and Injunctions entered in this matter. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

2. The Clerk shall **CLOSE** this case. All pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, Miami, Florida, this 1st day of September 2020.

                                                  */s/ Marcia G. Cooke*
                                                MARCIA G. COOKE
                                                United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*